Grant Kinsel, Bar No. 172407
gkinsel@perkinscoie.com
Michael Song, Bar No. 243675
msong@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile 310.788.3399

Attorneys for JUNO LIGHTING, LLC

*FILED*
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES
13 FEB 11 PM 1:48
BY: ___

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JUNO LIGHTING, LLC

*Plaintiff,*

v.

NORA LIGHTING, INC.

*Defendant.*

Case No. **CV13-00981 JEM**

COMPLAINT FOR PATENT INFRINGEMENT; JURY TRIAL DEMAND

COMPLAINT

Juno Lighting, LLC ("Juno") alleges:

## JURISDICTION AND VENUE

1. This is an action for patent infringement under Title 35 of the United States Code. The Court has federal question jurisdiction under 28 U.S.C § 1331, and exclusive original jurisdiction under 28 U.S.C. § 1338(a).

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400 (a).

## PARTIES

3. Juno is a corporation organized and existing under the laws of the State of Illinois with its principal place of business in Illinois. Juno is a leading provider of lighting products, including recessed lighting products.

4. Juno is informed and believes and thereon alleges that Defendant Nora Lighting, Inc. ("Nora") is a California corporation with its principal place of business in Los Angeles, California. Nora sells lighting products, including recessed lighting products.

## FIRST CLAIM FOR RELIEF

*Infringement of U.S. Patent No. 5,505,419*

5. Juno incorporates paragraphs 1 through 4, above.

6. U.S. Patent No. 5,505,419 (the "'419 patent"), entitled Bar Hanger for a Recessed Light Fixture Assembly, issued on April 9, 1996. Juno owns all right and title to the '419 patent. A true and correct copy of the '419 patent is attached as Exhibit "1."

7. Juno is informed and believes and thereon alleges that Nora has infringed, and will continue to infringe, one or more claims of the '419 patent by making, using, selling, or offering to sell in this country (including in this judicial district), recessed lighting products that include infringing bar hangers. Examples of recessed lighting products that include infringing bar hangers include, but are not limited to, Nora model numbers NHIC-501QAT; NH-26Q; NSIC-401QT; and NHPIC-2642ELAT.

8. Juno has been, and will continue to be, damaged by Nora's infringement of the '419 patent, and has been, and will be irreparably harmed unless Nora's infringement is enjoined.

## PRAYER FOR RELIEF

Juno requests the following relief:

A. A judgment that Nora infringes the '419 patent;

B. A preliminary and permanent injunction enjoining and restraining Nora and its officers, agents, attorneys, and employees, and those acting in privity or concert with them from infringing the '419 patent for its full term;

C. An award of damages to Juno including pre-judgment and post-judgment interest in an amount adequate to compensate Juno for Nora's infringement of the '419 patent, and, if willful infringement is shown, that the damages be trebled pursuant to 35 U.S.C § 284;

D. For costs and expenses in this action;

E. For a declaration that this is an exceptional case and an award of attorneys' fees, disbursements, and costs of this action; and

F. Any other further relief as the Court may deem proper.

February 11, 2013                    PERKINS COIE LLP

                                     By: _____
                                         Grant Kinsel

                                     Attorneys for Plaintiff
                                     JUNO LIGHTING, LLC

## JURY TRIAL DEMAND

Juno Lighting, LLC demands a trial by jury on all issues so triable.

February 11, 2013

PERKINS COIE LLP

By: _____
Grant Kinsel

Attorneys for Plaintiff
JUNO LIGHTING, LLC

**EXHIBIT 1**

US005505419A

# United States Patent [19]

## Gabrius

[11] Patent Number: 5,505,419
[45] Date of Patent: Apr. 9, 1996

[54] **BAR HANGER FOR A RECESSED LIGHT FIXTURE ASSEMBLY**

[75] Inventor: **Algimantas J. Gabrius**, Carol Stream, Ill.

[73] Assignee: **Juno Lighting, Inc.**, Des Plaines, Ill.

[21] Appl. No.: **219,076**

[22] Filed: **Mar. 28, 1994**

[51] Int. Cl.$^6$ ........................................................... F21S 1/06
[52] U.S. Cl. ...................... 248/343; 248/547; 248/200.1; 248/298.1; 248/909
[58] Field of Search ..................... 248/546, 547, 248/200.1, 217.3, 298, 342, 343, 906, 909, 205.1

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,003,159 | 5/1935 | Taylor | 248/909 X |
| 4,762,162 | 8/1988 | Chochrek | 248/909 X |
| 4,967,990 | 11/1990 | Rinderer | 248/546 X |
| 4,972,339 | 11/1990 | Gabrius | 248/343 X |
| 4,978,092 | 12/1990 | Nattel | 248/909 X |
| 5,178,503 | 1/1993 | Losada | 248/547 X |
| 5,386,959 | 2/1995 | Laughlin | 248/200.1 X |

*Primary Examiner*—Ramon O. Ramirez
*Assistant Examiner*—Derek J. Berger
*Attorney, Agent, or Firm*—Anthony S. Zummer

[57] **ABSTRACT**

A bar hanger used in a recessed light fixture assembly to support the assembly on a support member. The bar hanger has an elongated arm which has its length substantially greater than its width. A mounting ear is fixed on one end of the arm. The mounting ear is adapted to be connected to a fastener to secure the ear to a support member. The arm has a score extending across the length of the arm so that the arm may be selectively fractured at the score to shorten the length of the arm.

**6 Claims, 5 Drawing Sheets**



Exhibit 1 Page 5



FIG. 1

Exhibit 1 Page 6

FIG. 2

FIG. 3

FIG. 4

Exhibit 1 Page 7



Exhibit 1 Page 8



FIG. 8

FIG. 7



FIG. 9

FIG. 10

Exhibit 1 Page 9



FIG. 11



FIG. 12

Exhibit 1 Page 10

# BAR HANGER FOR A RECESSED LIGHT FIXTURE ASSEMBLY

## BACKGROUND OF THE INVENTION

The present invention relates to an improved bar hanger used with a recessed light fixture assembly. The utilization of factory made and preassembled recessed light fixture assemblies is well accepted in the lighting industry. One type of recessed lighting fixture which is well accepted is that shown in U.S. Pat. No. 4,972,339, issued Nov. 20, 1990, to Algimantas J. Gabrius, titled, "Recessed Light Fixture Assembly." The Gabrius assembly generally includes a plaster frame with a housing mounted on the plaster frame. A lamp socket is mounted within the housing. A wire junction box is mounted on the plaster frame and is connected to the lamp socket. The plaster frame has bar hangers on a pair of opposite sides of the plaster frame for mounting the assembly between support members. Another type of recessed light fixture is disclosed in U.S. Pat. No. 5,222,800, issued Jun. 29, 1993, to Kingsley Chan et al, titled, "Recessed Lighting Fixture." The Chan et al recessed light fixture does not have a plaster frame, but rather, bar hangers are connected directly to opposite sides of a housing. In either construction, the bar hangers are attached to a pair of support members, such as, rafters or joists. The method of installation of recessed light fixtures is well known and described in detail in the two aforementioned patents to Gabrius and Chan et al.

One of the problems in the utilization of a factory made preassembled recessed light fixture assembly is that the bar hangers may be too long for the distance between support members, such as, rafters or joists. It is necessary for the installer to shorten the bar hangers. Typically, the installer will use a hacksaw to cut through the bar hanger to shorten the bar hanger. In an effort to save time, the cut into the bar hanger may not be deep enough so that when there is an attempt to break the bar hanger by bending, the metal is bent a substantial amount before it breaks. The excessive bending prevents the bar hanger from being readily reconnected into the light fixture assembly. Thus, the bar hanger requires replacement or the entire assembly may be discarded. The time and effort utilized in dealing with a shortening operation of the bar hanger may result in an undue amount of time taken for the installation of a recessed light fixture assembly.

It is desirable to provide a bar hanger for use in a recessed light fixture assembly wherein the bar hanger may be selectively shortened by fracturing the bar hanger at a selected position without interfering with the normal reinstallation of the bar hanger into the remainder of the recessed light fixture assembly.

## SUMMARY OF THE INVENTION

The present invention relates to an improved bar hanger for use in a recessed light fixture assembly. The bar hanger supports the assembly on a support member. The bar hanger includes an elongated arm having its length substantially greater than its width. A mounting ear is fixed on one end of the arm. The mounting ear is adapted to be connected to a fastener to secure the ear to a support member. A score is formed in the arm. The score extends across the length of the arm, whereby the arm may be selectively fractured at the score to shorten the length of the arm.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a recessed light fixture assembly including bar hangers each of which is a specific embodiment of the present invention;

2

FIG. 2 is a top view of a right and left bar hanger mounted in a bar hanger bracket of the recessed light fixture assembly of FIG. 1;

FIG. 3 is a side elevational view of the bar hanger bracket and the bar hangers of FIG. 2;

FIG. 4 is a side elevational view of the bar hanger bracket and a pair of bar hangers of FIG. 2;

FIG. 5 is a plan view of a left bar hanger embodying the present invention;

FIG. 6 is a plan view of a right bar hanger embodying the present invention;

FIG. 7 is an enlarged cross sectional view taken on line 7—7 of FIG. 6;

FIG. 8 is an end view of the bar hanger of FIG. 6;

FIG. 9 is an enlarged fragmentary portion of an ear and a portion of the arm of FIG. 5;

FIG. 10 is an end view of bar hanger of FIG. 5;

FIG. 11 is an enlarged fragmentary cross sectional view taken on line 11—11 of FIG. 2; and

FIG. 12 is an enlarged fragmentary cross sectional view taken on line 12—12 of FIG. 2.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring now to the drawings and especially to FIG. 1, a recessed light fixture assembly generally indicated by numeral 20 is shown mounted between a pair of joists 22 and 24 (joist 24 is shown in phantom view), as is conventional. Light fixture assembly 20 generally includes a conventional plaster frame 26 with a conventional housing 28 mounted on the frame. A conventional lamp socket is mounted in the housing 28 though the lamp socket is not shown herein. A conventional wiring junction box 30 is mounted on the plaster frame and is connected to the lamp socket by a conduit 32. A bar hanger bracket 34 is mounted on one side of plaster frame 26, and a second bar hanger bracket 36 is mounted on the opposite side of plaster frame 26. A left bar hanger 38 is slidably mounted in bar hanger bracket 34, as is right bar hanger 40.

Bar hanger bracket 36 is identical to bar hanger 34 and like numbers are used for the individual parts of the bar hangers. Bar hanger 36 includes a ledge 42 which carries a pair of integrally formed hooks 44 and 46 to secure the bar hanger bracket to plaster frame 26, as is conventional. A conventional screw 48 prevents hooks 44 and 46 from disengaging the plaster frame. A side wall 50 is formed integral with ledge 42.

A plurality of tabs and fingers is formed on one side of the side wall to hold slidably the left bar hanger as may be best seen in FIG. 3. Spaced retaining tabs 52 and 54 are formed integral with the outer surface of side wall 50. Second retaining tabs 56 and 58 are also formed integral with side wall 50, and are aligned with retaining tabs 52 and 54, respectively, to receive slidably the left bar hanger. Retaining fingers 60 and 62 are formed integral with side wall 50 on the same side as retaining tabs 52, 54, 56 and 58. Second retaining fingers 64 and 66 are formed integral with side wall 50. The retaining fingers 60, 62, 64 and 66 are aligned with retaining tabs 52, 54, 56 and 58, respectively, so that the left bar hanger may slide between the retaining tabs and the retaining fingers.

A plurality of interior tabs and fingers is found on the opposite side of the side wall to hold slidably the right bar hanger as is shown in FIG. 4. Side wall 50 has on its opposite

Exhibit 1 Page 11

5,505,419

3

or interior side integrally formed interior retaining tabs **68** and **70**. Second interior retaining tabs **72** and **74**, which are aligned with retaining tabs **68** and **70**, are formed integral with side wall **50**. Side wall **50** also has integrally formed spaced interior retaining fingers **76** and **78**, and second interior retaining fingers **80** and **82**, which are aligned with retaining fingers **76** and **78**, respectively. The interior retaining fingers **76**, **78**, **80** and **82** are aligned with interior retaining tabs **68**, **70**, **72** and **74**, respectively, as may be seen in FIG. 4, so that right bar hanger **40** may slide there between but be held to the bar hanger bracket as is conventional.

Left bar hanger **38** includes an elongated arm **84** with a mounting ear **86** formed integral on one end of the arm, as may be seen in FIGS. **2**, **3** and **5**. Ear **86** is substantially perpendicular to the arm. The elongated arm **84** has a length which is substantially greater than its width. A stiffener rib **88** is formed in substantially the entire length of arm **84** to make the arm rigid. The rib is positioned in the middle of the width of the arm. Rib **88** protrudes outward in the same direction as ear **86**. The rib has a pair of indentations **90** adjacent to its free end to form a locking stop for the arm. The arm has an upper edge **92** and a lower edge **94**. The lower edge has a pair of assembly notches **96** and **98** which are similar in shape to retaining fingers **62** and **66**. Assembly notches **96** and **98** are spaced apart the same distance as retaining fingers **62** and **66**, so that the bar hanger may be disengaged from the bar hanger bracket.

Arm **84** has a pair of identical scores **100** and **102** formed on one side so that the scores extend into the stiffening rib. In this specific instance, the thickness of the arm steel material is approximately 0.124 cm., and the depth of the scores is approximately 0.063 cm. Break apertures **104** and **106** are formed in arm **84** in the center of the rib, and thus, midway between edges **92** and **94**. Break apertures **104** and **106** extend through the arm to communicate with scores **100** and **102**, respectively. The position of the scores **100** and **102** is adjacent to side wall **50**. The scores cooperate with respective break apertures to facilitate fracture of the arm. When it is necessary to shorten arm **84**, an installer need only remove the bar hanger from the bar hanger bracket and bend the arm at one of the selected scores, so that the arm fractures at the score without distorting the arm. The bar hanger with the shortened arm is then replaced in the bar hanger bracket for use.

Ear **86** has an inner face **108** and an outer face **110**. The ear has a bridge **112** formed integrally therein which bridge contains a fastener aperture **114**. The fastener aperture has mounted therein a fastener **116**, which in this instance is a conventional dry wall nail. The dry wall nail includes a shank **118** with serrations **120**. A conventional head **122** is formed on end of the shank and a point **124** is formed on the other end of the shank. Nail **116** is positioned in the fastener aperture **114** in such a manner that point **124** is positioned between bridge **112** and outer face **110**, so that the point does not extend beyond the ear and thereby create a hazard when the light fixture assembly is handled.

Right bar hanger **40**, which is also made of steel in this instance, has a similar construction to left bar hanger **38** described in detail above. The right bar hanger includes an elongated arm **126** with a mounting ear **128** formed integral therewith. Ear **128** is substantially perpendicular to the arm as may be best seen in FIGS. **2** and **7**. Elongated arm **126** has a length which is substantially greater than its width as may be seen in FIGS. **4** and **6**. A stiffener rib **130** is formed in substantially the entire length of arm **126** to make the arm rigid. Rib **130** in contrast to rib **88** of the left bar hanger protrudes in the opposite direction of respective ear **128**. Rib

4

**130** is positioned in the middle of the width of the arm. Rib **130** has a pair of indentations **132** adjacent to its free end to form a locking stop for the arm.

Arm **126** has an upper edge **134** and a lower edge **136**. The lower edge has a pair of assembly notches **138** and **140** which are similar in shape to retaining fingers **78** and **82**, and are spaced apart the same distance as those retaining fingers so that the bar hanger may be disengaged from the bar hanger bracket. Arm **126** has a pair of scores **142** and **144** formed in one side thereof so that the scores extend into the stiffening rib **130**. Scores **142** and **144** are identical to scores **100** and **102** in the left bar hanger **38**. Break apertures **146** and **148** are formed in arm **126** in the center of rib **130** and extend through the arm to communicate with scores **142** and **144**, respectively. The position of the scores **142** and **144** is adjacent to side wall **50**. Scores **142** and **144** cooperate with the respective break apertures **146** and **148** to facilitate a fracture of arm **126** in the same manner that scores **100** and **102** cooperate with the break apertures **104** and **106**, respectively, to facilitate fracture of arm **84**.

Ear **128** has an inner face **150** and an outer face **152**. Ear **128** has an integral bridge **154** identical to bridge **112** of ear **86**. Bridge **154** includes a fastener aperture **156** which receives fastener **158** in the same manner that ear **86** receives fastener **116**. Fastener **158** is identical in construction to fastener **116** and the same numerals for like parts are used on fastener **158** as are used on fastener **116**.

The installation of recessed light fixture assembly **20** is greatly facilitated over the installation of prior art recessed light fixture assemblies in the event that it is found that the distance between supporting members, such as, joists **22** and **24**, is too small to accommodate the length of the bar hangers. It is a simple matter for the installer to remove the bar hangers from the bar hanger bracket and break off a desired length of the bar hanger. The fracture of the arm of the bar hanger is accomplished by bending the arm at a selected score and break aperture. The stiffening rib extending along the respective arm of the bar hanger improves the rigidity of the bar hanger. The score with the break aperture allows the arm of the bar hanger to be fractured with a minimum of distortion of the arm so that the bar hanger is capable of being used in its respective bar hanger bracket.

The recessed light fixture assembly with shortened bar hangers is then placed between supporting members, such as, joists **22** and **24**. The installer has the advantage of having fasteners mounted in the ears. The installer need only to strike the head of the fastener with an instrument, such as, a hammer to drive the fastener into the supporting member. Inasmuch as the outer surface of the respective ear is substantially perpendicular to the bar hanger arm, the recessed light fixture assembly is properly positioned relative to the joists. The instant recessed light fixture assembly is quickly and easily installed in its selected position with a minimum of effort on the part of the installer and without damage to the light fixture assembly or portions thereof by shortening the bar hangers.

Although a specific embodiment of the herein disclosed invention has been shown and described in detail above, it is readily apparent that those skilled in the art may make various modifications and changes to the disclosed invention without departing from the spirit thereof. It is to be expressly understood that the instant invention is limited only by the claims, and the foregoing specification and the drawings are provided herein in order to comply with the appropriate requirements of disclosure of the invention.

Exhibit 1 Page 12

5,505,419

What is claimed is:

1. A bar hanger for use in a recessed light fixture assembly to support the assembly on a support member comprising; an elongated arm having its length substantially greater than its width, a stiffener rib formed integral with said elongated arm, said stiffener rib extending substantially the length of the arm to make the arm substantially rigid along its length, a mounting ear fixed on one end of said arm, said mounting ear being adapted to be connected to a fastener to secure the ear to a support member, a score in said arm extending across the length of the arm, and a break aperture in the stiffener rib extending through the rib and communicating with the score, whereby said arm and stiffener rib may be selectively fractured at the score and the break aperture to shorten the length of the arm.

2. A bar hanger for use in a recessed light fixture assembly to support the assembly on a support member as defined in claim **1**, wherein said mounting ear is formed integral with the arm, said mounting ear being substantially perpendicular to the arm to hold the arm substantially perpendicular to a support member when the ear is secured to that support member.

3. A bar hanger for use in a recessed light fixture assembly to support the assembly on a support member as defined in claim **1**, including, a bridge formed integral with the mounting ear and extending over a portion of the arm, said mounting ear having an inner face and an outer face, said outer face being adapted to be positioned adjacent to the support member, and a fastener mounted in the bridge, said fastener having a point positioned between the bridge and outer face of the ear.

4. A bar hanger for use in a recessed light fixture assembly to support the assembly on a support member as defined in claim **1**, wherein said stiffener rib is positioned substantially midway between opposite sides of the width of the arm, and said break aperture extending through the center of the stiffener rib to facilitate a selective fracture of the arm and the stiffener rib at the score.

5. A bar hanger for use in a recessed light fixture assembly to support the assembly on a support member as defined in claim **1**, wherein said break aperture is positioned midway between opposite sides of the width of the arm to facilitate a selective fracture of the arm and the stiffener rib at the score.

6. A bar hanger for use in a recessed light fixture assembly to support the assembly on a support member as defined in claim **1**, wherein said mounting ear is formed integral with the arm, said mounting ear being substantially perpendicular to the length of the arm to hold the arm substantially perpendicular to a support member when the ear is secured to that support member, said mounting ear having an inner face and an outer face, said outer face being adapted to be positioned adjacent to the support member, a bridge formed integral with the mounting ear and extending over a portion of the arm, a fastener mounted in the bridge, said fastener having a point extending in a direction opposite to the direction of extension of the length of the arm, said point being positioned between the bridge and the outer face of the ear, and said break aperture positioned in the center of the stiffener rib communicating with the score to facilitate a selective fracture of the arm at the score.

\* \* \* \* \*

Exhibit 1 Page 13

Name & Address:
Grant Kinsel (SBN 172407)
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Juno Lighting, LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV13-00981 JEM |
| v. | |
| Nora Lighting, Inc. | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Grant Kinsel_____, whose address is __Perkins Coie LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FEB 1 1 2013

Dated: _____

Clerk, U.S. District Court

By: _____
Deputy Clerk
(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

Name & Address:
Grant Kinsel (SBN 172407)
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Juno Lighting, LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV13-00981 JEM |
| Nora Lighting, Inc. | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Grant Kinsel_____, whose address is _Perkins Coie LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: FEB 1 1 2013

Clerk, U.S. District Court

By: JULIE PRADO
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**CONFORMED COPIES**

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Juno Lighting, LLC

**DEFENDANTS**
Nora Lighting, Inc.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Grant Kinsel (SBN 172407), Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067  310 788-9900

**Attorneys (If Known)**

**I. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No       ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement(28 USC § 1331, 1338(a))

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 441 Voting | | ☑ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

**FOR OFFICE USE ONLY:   Case Number:** CV13-00981

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                              CIVIL COVER SHEET                                     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Illinois |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County |  |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date February 11, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |